**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6297**

---

TERRY F. JOHNSON,

Plaintiff - Appellant,

versus

RONALD MOATS, Warden; KEEPER; DR. IBRAHAM,
Dentist; RICHARD LANHAM; BISHOP ROBINSON;
MARVIN N. ROBBINS; DANIEL SIRBAUGH, Lieu-
tenant; SHIRLEY ALDEN; CHARLES POTTS, Dr.,
Personal individual and official capacities;
RONALD VIOLET, Correctional Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
690-AMD)

---

Submitted: July 23, 1996                Decided: July 31, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Terry F. Johnson, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Amy Kushner Kline, Audrey J. S. Carrion, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Joseph
Barry Chazen, MEYERS, BILLINGSLEY, SHIPLEY, RODBELL & ROSENBAUM,
Riverdale, Maryland; Roy Leonard Mason, Deborah Maude Peyton,
MASON, KETTERMAN & MORGAN, Baltimore, Maryland for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Moats</u>, No. CA-95-690-AMD (D. Md. Feb. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>